IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 194 MR WCM

| | | |
|---|---|---|
| CAROLYN PERLMAN and BRUCE PERLMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| P.F. CHANG'S CHINA BISTRO, INC., | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Neal W. Stanifer. The Motion indicates that Mr. Stanifer, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs Carolyn and Bruce Perlman, and that he seeks the admission of Charles D. Jones, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Charles D. Jones to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 25, 2020

W. Carleton Metcalf
United States Magistrate Judge